[No. 10786-4-II.   Division Two.   June 2, 1988.]

THE STATE OF WASHINGTON, *Appellant,* v. JAMES D.
WENTZEL, *Respondent.*

Appeal from a judgment of the Superior Court for Thurston County, No. 86-1-00132-1, Paula Casey, J., entered January 22, 1987. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Petrich, J., Reed, C.J., dissenting.

[No. 11168-3-II.   Division Two.   June 2, 1988.]

THE STATE OF WASHINGTON, *Appellant,* v. DANNY LON
KELLOGG, *Respondent.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 87-1-00193-5, Milton R. Cox, J., entered May 28, 1987. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Alexander, A.C.J., and Worswick, J.

[No. 8568-6-III.   Division Three.   June 2, 1988.]

HOMER A. CROLLARD, ET AL, *Respondents,* v. GERALD E.
EARP, *Defendant,* RUBY L. EARP, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 85-2-02038-2, Ted Kolbaba, J., entered April 6, 1987. *Affirmed* by unpublished opinion per McInturff, C.J., concurred in by Green and Thompson, JJ.